**Order entered May 20, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00190-CV**

**JOHN SCOGGINS, Appellant**

**V.**

**WYATT HOLLIDAY, ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-10313**

**ORDER**

We questioned our jurisdiction over this appeal because appellee Wyatt Holliday has counterclaims that remain pending. The parties agree the judgment is not final. Before the Court is Holliday's May 19, 2021 motion to abate so that he may file a notice of nonsuit of his counterclaims. We **GRANT** the motion as follows. We **ABATE** this appeal for **thirty days** to allow Holliday to file a notice of nonsuit of his counterclaims and obtain an order granting the nonsuit.

We **ORDER** Dallas County District Clerk Felicia Pitre to file, **within thirty-five days** of the date of this order, a supplemental clerk's record containing either an order of nonsuit or written verification that the trial court has not signed an order of nonsuit. Should we receive written verification that the trial court has not signed an order of nonsuit, the Court will dismiss the appeal for want of jurisdiction.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Aiesha Redmond, Presiding Judge of the 160th Judicial District Court; Ms. Pitre; and, all parties.

This appeal will be reinstated in **thirty-five days** from the date of this order or when the requested supplemental clerk's record is filed, whichever occurs sooner.

/s/     KEN MOLBERG
JUSTICE